JEREMY L. BORDELON
Evergreen Disability Law
465 NE 181st Ave, #500
Portland, OR 97230
P: 503-888-9331
F: 503-928-3533
Email: jeremy@evergreendisability.com

DAVID F. CHERMOL
Chermol & Fishman LLC
11450 Bustleton Avenue
Philadelphia, PA 19116
PA Bar ID. 79520
P: 215-464-7200
F: 215-464-7224
Email: fdc@ssihelp.us

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **SAGE BARBARA DAVIS**, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 6:23-cv-01647-CL |
| **MARTIN O'MALLEY**, | ) |
| Commissioner of Social Security, | ) **ORDER** |
| Defendant. | ) |

ORDER

AND NOW, this 27 day of August 2024, having considered Plaintiff's Motion for Attorney's Fees, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $8,317.08 and costs in the amount of $402.00.

Subject to any offset under the Treasury Offset Program, payment of this award shall be made via the Law Offices of Chermol & Fishman, LLC. If EAJA fees and costs are not subject to any offset and an assignment is provided to SSA, the award shall be paid directly to the order of David F. Chermol, Esquire.

BY THE COURT:

MARK D. CLARKE
United States Magistrate Judge